UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP.<br><br>                        Plaintiff,<br><br>                  v.<br><br>NAEL, INC., LITO CHIDREN'S WEAR, INC. and SEARS HOLDINGS CORP.<br><br>                      Defendants. | **ECF CASE**<br><br>**Case No. 13-cv-1788-ALC** |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE, that Michael D. Steger, Esq., Steger Krane LLP hereby appears as counsel of record for Defendant Nael, Inc. in the above-referenced matter.

Dated:  May 15, 2013               /s/ Michael D. Steger_____
                                               Michael D. Steger (MS2009)
                                               Steger Krane LLP
                                               1601  Broadway, 12th Floor
                                               New York, NY  10019
                                               (212) 736-6800
                                               (845) 689-2155 (fax)
                                               msteger@skattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2013 I served a true and correct copy of the attached Notice of Appearance electronically by ECF on counsel for all parties:

Michael G. Goldberg
Pryor Cashman LLP
7 Times Square
New York, NY  10036
mgoldberg@pryorcashman.com

Julie Bookbinder
Greenberg Traurig LLP
200 Park Avenue
New York, NY  10166
bookbinder@gtlaw.com

Todd McCormick
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY  10281
Todd.mccormick@sedgwicklaw.com


  /s/ Michael D. Steger_____
Michael D. Steger

2