**MEMO ENDORSED**

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
|---|---|
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| www.skattorney.com | (845) 689-2155 (fax) |

May 15, 2013

**VIA EMAIL**

Hon. Andrew Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-16-13

Re: *Zelouf International Corp. v. Nael, et al.*; Case No. 13-CV-1788

Dear Judge Carter:

This firm was just retained to represent defendant Nael, Inc. in the matter referenced above, and I entered my appearance this afternoon.

It is my understanding that the Court has scheduled a pre-motion conference for May 29th at 3 pm regarding defendant Lito Children's Wear, Inc.'s request to file a motion to dismiss the case against it or, in the alternative, to transfer venue to the Central District of California.

On behalf of Nael, Inc., I respectfully request permission to appear in the pre-motion conference as we request permission for Nael, Inc. to file a motion on the same grounds, as well as a motion to dismiss the case for lack of personal jurisdiction under Rule 12(b)(2). I will provide more substance for Nael, Inc.'s request later this week.

Thank you for your consideration of this matter.

Sincerely yours,

Michael D. Steger

cc: Todd D. McCormick, Esq. (via email)
Michael G. Goldberg, Esq. (via email)
Julie P. Bookbinder, Esq. (via email)
Scott A. Burroughs, Esq. (via email)

The application is ✓ granted.
☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: May 16, 2013
NY, New York