UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP.<br><br>                Plaintiff,<br><br>                v.<br><br>NAEL, INC., LITO CHIDREN'S WEAR, INC. and SEARS HOLDINGS CORP.<br><br>                Defendants. | ECF CASE<br><br>Case No. 13-cv-1788-ALC |

## NAEL, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, L.A. Printex Industries, Inc. certifies that it has no parent corporation, affiliates, or subsidiaries and that it is not publicly held.

Dated: May 16, 2013                       /s/ Michael D. Steger
                                                Michael D. Steger (MS2009)
                                                Steger Krane LLP
                                                1601 Broadway, 12th Floor
                                                New York, NY 10019
                                                (212) 736-6800
                                                (845) 689-2155 (fax)
                                                msteger@skattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2013 I served a true and correct copy of the attached NAEL, Inc.'s Rule 7.1 Statement electronically by ECF on counsel for all parties:

Michael G. Goldberg
Pryor Cashman LLP
7 Times Square
New York, NY  10036
mgoldberg@pryorcashman.com

Julie Bookbinder
Greenberg Traurig LLP
200 Park Avenue
New York, NY  10166
bookbinder@gtlaw.com

Todd McCormick
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY  10281
Todd.mccormick@sedgwicklaw.com


  /s/ Michael D. Steger_____
Michael D. Steger