MEMO ENDORSED

# GT GreenbergTraurig

Julie Bookbinder
Tel 212.801.6948
Fax 212.805.9412
bookbinderj@gtlaw.com

June 10, 2013

Hon. James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/13
```

Re: *Zelouf Int'l Corp. v. Nael, Inc., et al.*, No. 13-cv-1788 (S.D.N.Y.)

Dear Judge Francis:

      Plaintiff Zelouf Int'l Corp.'s ("Zelouf") and Defendant Sears Holdings Corp. ("Sears") (collectively, the "parties") respectfully request a thirty (30) day extension of time for Sears to answer or otherwise respond to the Complaint in the above captioned matter. In support hereof, the parties rely upon all matters of record to date and further state:

    1.    This is an action for copyright infringement under 17 U.S.C. §§ 101 *et seq.* a result of alleged copyright infringement by Sears.

    2.    Zelouf filed its Complaint on March 18, 2013. (Dkt. No. 1.) Zelouf served Sears on March 19, 2013, and Sears' answer or responsive pleading date was April 9, 2013. (*See* Dkt. No. 4.). Sears requested and received two prior thirty (30) day extensions of time to answer or otherwise respond to the Complaint to and including June 10, 2013. (*See* Dkt. Nos. 6 & 10.)

    3.    The Complaint asserts four counts of copyright infringement against Sears, among others, and raises potential issues of liability and damages. The parties have agreed in principal to dismiss Sears from this action without prejudice. The parties are currently negotiating the specific terms of the settlement.

    4.    In light of the foregoing, and in a desire to promote the efficient management of this case and conserve judicial and party resources, the parties respectfully request that the Court grant their request for an extension of time for Sears to answer or otherwise plead to and including July 10, 2013.

    5.    On June 7, 2013, the parties corresponded via email and agreed to the requested thirty (30) day extension of time for Sears to answer or otherwise plead to and including July 10, 2013.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON·
LOS ANGELES
MEXICO CITY·
MIAMI
MILAN··
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME··
SACRAMENTO
SAN FRANCISCO
SEOUL·
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV·
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building, 200 Park Avenue ■ New York, New York 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400

Hon. James C. Francis
June 10, 2013
Page 2

---

  6.  This request is made in the interests of justice and not for the purposes of delay. The parties have exchanged correspondence relating to the resolution of this matter with respect to Sears and agree that a thirty (30) extension of time for Sears to answer or otherwise plead will give the parties the necessary time to resolve the case while conserving judicial and party resources.

  Without waiver of either parties' claims and/or defenses, the parties respectfully request that this Court grant their request for an extension of time for Sears to answer or otherwise plead in response to the Complaint in this cause, to and including July 10, 2013.

Respectfully,

Michael G. Goldberg
Saritha C. Reddy
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100

*Attorneys for Plaintiff Zelouf International Corp.*

James J. Lukas, Jr.
Matthew J. Levinstein
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
312.456.8400

Julie Bookbinder
Greenberg Traurig, LLP
MetLife Building, 200 Park Avenue
New York, New York 10166
212.801.9200

*Attorneys for Defendant Sears Holding Corp.*

cc: all counsel of record

6/11/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

GREENBERG TRAURIG, LLP