UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZELOUF INTERNATIONAL CORP.,

                Plaintiff,

-against-

NAEL, INC., LITO CHILDREN'S WEAR,
INC., and SEARS HOLDINGS CORP.,
                Defendants.
-------------------------------------------------------X

ECF CASE

Index No. 13-CV-1788 (ALC) (JCF)

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zelouf International Corp. ("Zelouf"), by and through its undersigned counsel, hereby affirms that the above-captioned action be and the same is hereby dismissed only as against Defendant Sears Holding Corp., without prejudice and without costs to any party.

                PRYOR CASHMAN LLP

                By: _____
                      Michael G. Goldberg
                7 Times Square
                New York, New York 10036
                (212) 421-4100
                *Attorneys for Plaintiff Zelouf International Corp.*

To:   GREENBERG TRAURIG, LLP
       James J. Lukas, Jr.
       Julie Pamela Bookbinder
       200 Park Avenue
       New York, New York 10166
       *Attorneys for Defendant Sears Holdings Corp.*

       STEGER KRANE LLP
       Michael Douglas Steger
       1601 Broadway, 12th Floor
       New York, New York 10019
       *Attorneys for Defendant Nael, Inc.*

1251587 v1
11058.00007

SEDGWICK LLP
Todd Denman McCormick
125 Broad Street
New York, New York 10004
*Attorneys for Defendant Lito Children's Wear, Inc.*