UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZELOUF INTERNATIONAL CORP.,

        Plaintiff,

  -against-

NAEL, INC., LITO CHILDREN'S WEAR,
INC., and SEARS HOLDINGS CORP.,
        Defendants.
------------------------------------------------------------X

ECF CASE

Index No. 13-CV-1788 (ALC) (JCF)

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-26-13

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zelouf International Corp. ("Zelouf"), by and through its undersigned counsel, hereby affirms that the above-captioned action be and the same is hereby dismissed only as against Defendant Sears Holding Corp., without prejudice and without costs to any party.

PRYOR CASHMAN LLP

By: _____
    Michael G. Goldberg
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff Zelouf International Corp.*

RECEIVED JUL 24 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

To:   GREENBERG TRAURIG, LLP
      James J. Lukas, Jr.
      Julie Pamela Bookbinder
      200 Park Avenue
      New York, New York 10166
      *Attorneys for Defendant Sears Holdings Corp.*

      STEGER KRANE LLP
      Michael Douglas Steger
      1601 Broadway, 12th Floor
      New York, New York 10019
      *Attorneys for Defendant Nael, Inc.*

1251587 v1
11058.00007

SEDGWICK LLP
Todd Denman McCormick
125 Broad Street
New York, New York 10004
*Attorneys for Defendant Lito Children's Wear, Inc.*

SO ORDERED:

*/s/ Andrew L. Carter*
U.S.D.J.  7-26-13