**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-13

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| www.skattorney.com | (845) 689-2155 (fax) |

September 9, 2013

**VIA EMAIL**

Hon. Andrew Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED SEP 09 2013 ANDREW L. CARTER, JR. U.S. DISTRICT JUDGE S.D.N.Y.

Re: Zelouf International Corp. v. Na El, et al.; Case No. 13-CV-1788

Dear Judge Carter:

This firm represents defendant Na El, Inc. ("Na El") in the matter referenced above.

The Court has scheduled a telephone conference on the status of the jurisdictional discovery that Plaintiff Zelouf International Corp. has requested from Na El. The Court has ordered Na El to produce certain documents to plaintiff by September 19th, as well as to make a witness available for deposition.

Counsel for Plaintiff and I conferred today, and we jointly request that the Court adjourn the telephone conference until next Wednesday, September 18th so that Na El may complete its document production and Plaintiff's counsel can decide whether it wants to take a deposition.

Thank you for your consideration of this request.

Sincerely yours,

/s/ Michael D. Steger

cc: Todd D. McCormick, Esq. (via email)
Michael G. Goldberg, Esq. (via email)
Scott A. Burroughs, Esq. (via email)

Granted. The telephone status conference is adjourned to 9-18-13 at 10:00 a.m.
So Ordered.

/s/ Andrew L. Carter
9-10-13