Case 1:13-cv-01788-ALC-JCF Zelouf International Corp. v. Nael, Inc. et al; Request for Extension of Time for Joint Submission Re Jurisdictional Discovery
Michael D. Steger
to:
ALCarterNYSDChambers
10/01/2013 05:42 PM
Cc:
"'Goldberg, Michael G.'", Todd.McCormick, "'Kline, Stephanie'"
Hide Details
From: "Michael D. Steger" <msteger@skattorney.com>

To: <ALCarterNYSDChambers@nysd.uscourts.gov>

Cc: "'Goldberg, Michael G.'" <MGoldberg@PRYORCASHMAN.com>, <Todd.McCormick@sedgwicklaw.com>, "'Kline, Stephanie'" <SKline@PRYORCASHMAN.com>



Dear Judge Carter,

The Court has ordered Defendant Na El, Inc. and Plaintiff Zelouf International Corp. to submit a joint report tomorrow on the status of jurisdictional discovery.

Na El is producing additional documents at this time. Counsel for Zelouf needs to review the additional documents. Counsel for both Na El and Zelouf are out of the office on other matters for the next several days, and we jointly request a one-week extension of time until October 9, 2013, to submit the joint report. We believe that a one week extension will produce a more comprehensive report.

Thank you for your consideration of this request.

Sincerely yours,
Michael D. Steger
Counsel for Na El, Inc.

STEGER KRANE LLP
1601 Broadway, 12th Floor
New York, NY  10019
(212) 736-6800

30 Ramland Road, Suite 201

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
10-3-13