**ATTORNEYS AT LAW**
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Todd D. McCormick*
*(212) 898-5556*
*todd.mccormick@sedgwicklaw.com*

April 7, 2014

*Via Electronic Mail*
Hon. Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Zelouf International Corp. v. Nael, Inc., et al.
    Civ. Act. No. 13-CV-1788 (ALC)(JCF)
    File No.: 00214-009006

Dear Judge Carter:

    As you are aware, this office represents the defendant Lito Children's Wear, Inc. ("Lito") in the above-referenced action. We submit this letter pursuant to your individual practices to provide some context to the claims being made by Plaintiff Zelouf International Corp.'s ("Zelouf") in its Responses to Lito's and Defendant NaEl, Inc's ("NaEl") Letter Motions to the Court requesting a pre-motion conference to discuss briefing on a motion to dismiss for improper venue, or alternatively, to transfer venue.

    Between July and October 2013, I had numerous telephone discussions with Zelouf's counsel regarding Lito's production of documents, as well as the potential for settlement. On or around October 23, 2013, during one of our phone discussions, Mr. Goldberg stated that I absolutely needed to get him something by Friday, October 25th. I told Mr. Goldberg that I was going to redact certain information from the documents and why, and he responded "just get me something." Accordingly, on October 25, 2013, I emailed Mr. Goldberg the documents he had requested and asked him to contact me to discuss the production if he had any issues. In total, I sent 24MB worth of pdf documents to Mr. Goldberg, which consisted of over 3,400 pages of invoices he had requested to determine whether venue was proper in New York.

    After Lito's production on October 25th, I heard no further from Mr. Goldberg. No calls, no emails, no threats of sanctions.

    Zelouf's Response to Lito's Letter Motion never mentions the thousands of pages of documents that we did produce, and may have left the impression that we had produced nothing. Compounding the issue, Zelouf's Response to NaEl's Letter Motion, merely admits that we did provide some documents. The fact of the matter is that every invoice requested was produced, and every invoice identifies, not only the shipping location of the retailers, but also identifies the billing location of those retailers. This information is the best indication of where a company's financial headquarters are located for purposes of determining venue, and therefore, Lito has complied with Zelouf's pre-Rule 26 discovery requests.

Hon. Andrew L. Carter, Jr., U.S.D.J.
Re: Zelouf International Corp. v. Nael, Inc., et al.
   Civ. Act. No. 13-CV-1788 (ALC)(JCF)
April 7, 2014
Page 2

    I am attaching hereto a copy of my email correspondence to Mr. Goldberg, dated October 25, 2013, for the Court's review. I have also included the first 10 pages of the attachments.

    For the foregoing reasons, and those set forth in its Letter Motion dated March 31, 2014, Defendant Lito respectfully requests a pre-motion conference to discuss a briefing schedule for its proposed motion to dismiss Zelouf's claims against it for copyright infringement. Furthermore, we respectfully request that the time for filing an Answer, and the pretrial conference related to setting a discovery schedule, be stayed until the Court has ruled upon the proposed motion.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/

Todd D. McCormick (TM 2337)
Sedgwick LLP

TDM

## CERTIFICATE OF SERVICE

I, Todd D. McCormick, hereby certify and affirm that a true and correct copy of the attached **LETTER** dated **APRIL 7, 2014** was served via Electronic Mail on this 7th day of April, 2014, upon the following:

MICHAEL G. GOLDBERG, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: *mgoldberg@pryorcashman.com*
*Attorney for Plaintiff*

SCOTT A. BURROUGHS
Doniger / Burroughs APC
300 Corporate Points, Suite 355
Culver City, CA 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Email: *scott@donigerlawfirm.com*
*Attorney for Na El, Inc.*

MICHAEL STEGER
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY 10019
Telephone: (212) 736-6800
Facsimile: (845) 689-2155
Email: *msteger@skattorney.com*
*Co-Counsel for Na El, Inc.*

s/ _____
Todd D. McCormick (TM 2337)

Dated:   New York, New York
         April 7, 2014

## McCormick, Todd D.

| | |
|---|---|
| **From:** | McCormick, Todd D. |
| **Sent:** | Friday, October 25, 2013 4:35 PM |
| **To:** | 'Goldberg, Michael G.' |
| **Cc:** | Greenaway, Jennifer |
| **Subject:** | Lito / Zelouf / 00214-009006 |
| **Attachments:** | c809h Redacted.pdf; c809i Redacted.pdf; c809j Redacted.pdf; c809t Redacted.pdf; c878h Redacted.pdf; c878i Redacted.pdf; c878t Redacted.pdf; c882h Redacted.pdf; c882i Redacted.pdf; c882j Redacted.pdf; c882t-redacted.pdf; c911a-redacted.pdf; c911b-redacted.pdf; c911c-redacted.pdf; c911d-redacted.pdf |

Dear Mike:

Please find attached hereto electronic copies of invoices from our client, Lito Children's Wear ("Lito"), which reflect, among other things, the products manufactured and sold by Lito that utilized fabric containing patterns that form the subject matter of the present litigation.

Given our conversation earlier this week, during which we discussed potential settlement, you understand that it is our position that the only reason the Court ordered the parties to engage in informal discovery, prior to a Rule 26 conference, was to provide your client, Zelouf, with the information it needed in order to respond to: (1) Na El's motion to dismiss based upon lack of jurisdiction; and (2) Lito's motion to dismiss based upon improper venue. It is our position that anything outside the scope of documents needed by Zelouf to respond to these motions is controlled by FRCP Rule 26, which holds that Zelouf may not seek formal discovery from Lito on any other subjects until the parties conduct a conference pursuant to Rule 26(f).

Furthermore, it is also important to note that, as previously discussed, the only reason Lito is interested in discussing settlement is so that it will not be required to divulge the identity of its retailers, which could potentially have a negative affect on its future business. To date, Lito has produced copies of invoices between Lito and its suppliers, and sales figures for the manufactured product that utilized the allegedly infringing product. And with today's production of information, Zelouf now has all the information necessary to determine the gross profit obtained by Lito as a result of manufacturing and selling product which utilized the allegedly infringing patterns, and all the information it needs to respond to Lito's Motion to Dismiss for Improper Venue.

You will notice that the invoices attached have been redacted so that only the City, State and Zip Code of the retailers are visible. However, as stated above, we believe that the redacted information is not necessary for responding to Lito's Motion to Dismiss for Improper Venue. One need look no further than Title 28 U.S.C. § 1391(b) which states in pertinent part that "[a] civil action may be brought in . . . a judicial district in which any defendant resides, if all defendant are residents of the State in which the district is located" or in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . .." Even if we were to assume that all of Lito's retailers were residents of New York, knowing the identity of these retailers would still not assist Lito in defeating the motion, since § 1391(b) requires that all defendants reside in the State of the district chosen, and as you are aware, both Lito and Na El are residents of California. Moreover, knowing the identity of these retailers will similarly not assist Zelouf in arguing that a substantial part of the events occurred in New York.

We hope that you will find this production sufficient, and that we can continue our negotiations regarding the potential for settlement.

Should you like to discuss the contents of this correspondence or the attached production, please feel free to contact my office. I will be in DC from Sunday through Tuesday for a conference, however, I will be able to check my voicemails and emails intermittently.

Have a nice weekend.

Best regards,

**Todd D. McCormick**
Todd.McCormick@sedgwicklaw.com |



Sedgwick
1933-2013

*Our New York office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

225 Liberty Street, 28th Floor
New York, NY 10281-1008
212.898.5556 *phone* | 212.422.0925 *fax* | www.sedgwicklaw.com

------

The information in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email. Do not disclose the contents to anyone. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

------

**LITO CHILDRENS WEAR, INC.**
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

Page: 1

| Invoice | Date |
|---|---|
| 517169 | 09/17/2010 |

**Bill To:** Redacted
DAWSON SPRINGS  KY  42408

**Ship to:** Redacted
DAWSON SPRINGS  KY  42408

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| KYCCA | 20726 | | CREDIT CARD | PDA | | UPS GROUND | 206677 | |

| Phone | Vendor | | | Lead Tracking Number | Division | |
|---|---|---|---|---|---|---|
| Redacted | | | | 1Z89804703703865 37 | CHILDREN | |

| Style | Description | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|
| C565H | 5      6      6X      7 | | | | | | |
| C565H | (RED) Red Plaid Vest w/ Black Pants RED | | | | 3 | 21.00 | 63.00 |
|       | 1      1              1 | | | | | | |
| C565I | M      L      XL | | | | | | |
| C565I | (RED) Red Plaid Vest w/ Black Pants RED | | | | 3 | 18.00 | 54.00 |
|       | 1      1      1 | | | | | | |
| C565T | 2T     3T     4T | | | | | | |
| C565T | (RED) Red Plaid Vest w/ Black Pants RED | | | | 3 | 19.00 | 57.00 |
|       | 1      1      1 | | | | | | |
| C807H | 5      6      6X      7 | | | | | | |
| C807H | (BRP) Brown Velvet Top with Pink Plaid Skirt BROWN/PINK | | | | 3 | 23.00 | 69.00 |
|       | 1      1              1 | | | | | | |
| C807T | 2T     3T     4T | | | | | | |
| C807T | (BRP) Brown Velvet Top with Pink Plaid Skirt BROWN/PINK | | | | 3 | 21.00 | 63.00 |
|       | 1      1      1 | | | | | | |

Due Date  09/18/2010
Total Charges  734.74
Pymts & Adjustments  -734.74

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830613 | 09/17/2010 | 1 | 44 | 08/15/2010 | 10/15/2010 | 517169 | 0.00 |

File-1 Copy

Page: 2

**LITO CHILDRENS WEAR, INC.**
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692 Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

| Invoice | Date |
|---|---|
| 517169 | 09/17/2010 |

**Bill To:**
Redacted
DAWSON SPRINGS KY 42408

**Ship to:**
Redacted
DAWSON SPRINGS KY 42408

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| KYCCA | 20726 | | CREDIT CARD | PDA | | UPS GROUND | 206677 | |

| Phone | Vendor | | | Lead Tracking Number | Division | |
|---|---|---|---|---|---|---|
| Redacted | | | | 1Z89804703703865 37 | CHILDREN | |

| Style | Description | | | | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| C809H | | 5 | 6 | 6X | 7 | | | | | |
| C809H | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | | | | 3 | 22.50 | 67.50 |
| | | 1 | 1 | | 1 | | | | | |
| C812T | | 2T | 3T | 4T | | | | | | |
| C812T | (OLI) Olive Green Taffeta Dress with Burgundy Flocking OLIVE | | | | | | | 6 | 20.75 | 124.50 |
| | | 2 | 2 | 2 | | | | | | |
| C813H | | 4 | 5 | 6 | 7 | | | | | |
| C813H | (RED) Red Plaid Dress RED | | | | | | | 4 | 22.00 | 88.00 |
| | | 1 | 1 | 1 | 1 | | | | | |
| C814I | | XS | S | M | L | XL | XXL | | | |
| C814I | (RED) Red Plaid Baby Dress RED | | | | | | | 3 | 17.75 | 53.25 |
| | | | 1 | 1 | 1 | | | | | |
| C814T | | 2T | 3T | 4T | | | | | | |
| C814T | (RED) Red Plaid Baby Dress RED | | | | | | | 3 | 18.75 | 56.25 |
| | | 1 | 1 | 1 | | | | | | |

Merchandise 34 695.50
Freight 39.24

Due Date 09/18/2010
Total Charges 734.74
Pymts & Adjustments -734.74

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830613 | 09/17/2010 | 1 | 44 | 08/15/2010 | 10/15/2010 | 517169 | 0.00 |

File-1 Copy

**LITO CHILDRENS WEAR, INC.**
3730 UNION PACIFIC AVENUE
LOS ANGELES CA  90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

Page: 1

| Invoice | Date |
|---|---|
| 517201 | 09/20/2010 |

**Bill To:** Redacted
LOS ANGELES CA  90023

**Ship to:** Redacted
LOS ANGELES CA  90023

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| CADDA | 4691 | | NET 30 | HOU | | DELIVER | 212267 | |

| Phone | Vendor | | | | | | Division | |
|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | CHILDREN | |

| Style | Description | | | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|---|---|
| C809H | | 5 | 6 | 6X | 7 | | | | |
| C809H | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | | | 3 | 18.00 | 54.00 |
| | | 1 | 1 | | 1 | | | | |
| C809H | (PIN) Black Stretch Velvet with Pink Taffeta Skirt PINK | | | | | | 3 | 18.00 | 54.00 |
| | | 1 | 1 | | 1 | | | | |
| C809H | (SBL) Brown Stretch Velvet w/ Silver Blue Taffeta Skirt SILVER BLUE | | | | | | 3 | 18.00 | 54.00 |
| | | 1 | 1 | | 1 | | | | |
| C809I | | XS | S | M | L | XL | XXL | | |
| C809I | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | | | 3 | 15.60 | 46.80 |
| | | | | 1 | 1 | 1 | | | |
| C809I | (PIN) Black Stretch Velvet w/ Pink Taffeta Skirt PINK | | | | | | 3 | 15.60 | 46.80 |
| | | | | 1 | 1 | 1 | | | |
| C809I | (SBL) Brown Stretch Velvet w/ Silver Blue Taffeta Skirt SILVER BLUE | | | | | | 3 | 15.60 | 46.80 |
| | | | | 1 | 1 | 1 | | | |
| C809J | | 8 | 10 | 12 | 14 | | | | |
| C809J | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | | | 3 | 20.40 | 61.20 |
| | | 1 | 1 | 1 | | | | | |
| C809J | (PIN) Black Stretch Velvet with Pink Taffeta Skirt PINK | | | | | | 3 | 20.40 | 61.20 |
| | | 1 | 1 | 1 | | | | | |

Due Date 10/20/2010
Total Charges 1,024.80
Pymts & Adjustments -1,024.80

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830672 | 09/20/2010 | 1 | | 09/20/2010 | 10/31/2010 | 517201 | 0.00 |

File-1 Copy

Page: 2

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

| Invoice | Date |
|---|---|
| 517201 | 09/20/2010 |

**Bill To:** Redacted
LOS ANGELES CA 90023

**Ship to:** Redacted
LOS ANGELES CA 90023

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| CADDA | 4691 | | NET 30 | HOU | | DELIVER | 212267 | |
| Phone | Vendor | | | | | | Division | |
| Redacted | | | | | | | CHILDREN | |

| Style | Description | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|
| C809J | 8 | 10 | 12 | 14 | | | |
| C809J | (SBL) Brown Stretch Velvet w/ Silver Blue Taffeta Skirt SILVER BLUE | | | | 3 | 20.40 | 61.20 |
| | 1 | 1 | 1 | | | | |
| C809T | 2T | 3T | 4T | | | | |
| C809T | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | 3 | 16.40 | 49.20 |
| | 1 | 1 | 1 | | | | |
| C809T | (PIN) Black Stretch Velvet with Pink Taffeta Skirt PINK | | | | 3 | 16.40 | 49.20 |
| | 1 | 1 | 1 | | | | |
| C809T | (SBL) Brown Stretch Velvet w/ Silver Blue Taffeta Skirt SILVER BLUE | | | | 3 | 16.40 | 49.20 |
| | 1 | 1 | 1 | | | | |
| C812D | O/S | | | | | | |
| C812D | (OLI) American Doll Dress - Flocked taffeta dress OLIVE | | | | 1 | 7.80 | 7.80 |
| | 1 | | | | | | |
| C812D | (PIN) American Doll Dress - Flocked taffeta dress PINK | | | | 1 | 7.80 | 7.80 |
| | 1 | | | | | | |
| C812D | (SBL) American Doll Dress - Flocked taffeta dress SILVER BLUE | | | | 1 | 7.80 | 7.80 |
| | 1 | | | | | | |

Due Date  10/20/2010
Total Charges  1,024.80
Pymts & Adjustments  -1,024.80

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830672 | 09/20/2010 | 1 | | 09/20/2010 | 10/31/2010 | 517201 | 0.00 |

File-1 Copy

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692 Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

Page: 3

| Invoice | Date |
|---|---|
| 517201 | 09/20/2010 |

**Bill To:** Redacted
LOS ANGELES CA 90023

**Ship to:** Redacted
LOS ANGELES CA 90023

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| CADDA | 4691 | | NET 30 | HOU | | DELIVER | 212267 | |

| Phone | Vendor | | | | | | Division |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | CHILDREN |

| Style | Description | | | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|---|---|
| C812H | | 5 | 6 | 7 | 8 | 10 | 12 | 14 | |
| C812H | (OLI) Olive Green Taffeta Dress with Burgundy Flocking OLIVE | | | | | | 4 | 18.20 | 72.80 |
| | | 1 | 1 | 1 | 1 | | | | |
| C812H | (PIN) Pink Taffeta Dress with Black Flocking PINK | | | | | | 4 | 18.20 | 72.80 |
| | | 1 | 1 | 1 | 1 | | | | |
| C812H | (SBL) Silver Blue Taffeta Dress with Brown Flocking SILVER BLUE | | | | | | 4 | 18.20 | 72.80 |
| | | 1 | 1 | 1 | 1 | | | | |
| C812T | | 2T | 3T | 4T | | | | | |
| C812T | (OLI) Olive Green Taffeta Dress with Burgundy Flocking OLIVE | | | | | | 3 | 16.60 | 49.80 |
| | | 1 | 1 | 1 | | | | | |
| C812T | (PIN) Pink Taffeta Dress with Black Flocking PINK | | | | | | 3 | 16.60 | 49.80 |
| | | 1 | 1 | 1 | | | | | |
| C812T | (SBL) Silver Blue Taffeta Dress with Brown Flocking SILVER BLUE | | | | | | 3 | 16.60 | 49.80 |
| | | 1 | 1 | 1 | | | | | |
| | | | | | | | Merchandise 60 | | 1,024.80 |

PAID

Due Date 10/20/2010
Total Charges 1,024.80
Pymts & Adjustments -1,024.80

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830672 | 09/20/2010 | 1 | | 09/20/2010 | 10/31/2010 | 517201 | 0.00 |

File-1 Copy

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

Page: 1

| Invoice | Date |
|---|---|
| 517209 | 09/20/2010 |

Bill To: Redacted
ELIZABETH CITY  NC  27909

Ship to: Redacted
ELIZABETH CITY  NC  27909

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| NCPUA | 20714 | | NET 30 | PDA | | UPS GROUND | 206374 | |

| Phone | Vendor | | | Lead Tracking Number | Division | |
|---|---|---|---|---|---|---|
| Redacted | | | | 1Z89804703727 17630 | CHILDREN | |

| Style | Description | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|
| 3711 | | 2T | 3T | 4T | | | |
| 3711 | (NAV) 5 PCS SUIT NAVY | | | 1 | 1 | 19.50 | 19.50 |
| 3712 | | 4 | 5 | 6 | 7 | | |
| 3712 | (KHA) 5 PCS SUIT KHAKI | | | 1 | 1 | 20.50 | 20.50 |
| 3712 | (NAV) 5 PCS SUIT NAVY | 1 | 1 | 1 | 3 | 20.50 | 61.50 |
| C807H | | 5 | 6 | 6X  7 | | | |
| C807H | (BRP) Brown Velvet Top with Pink Plaid Skirt BROWN/PINK | 1 | 1 | 1 | 3 | 23.00 | 69.00 |
| C807T | | 2T | 3T | 4T | | | |
| C807T | (BRP) Brown Velvet Top with Pink Plaid Skirt BROWN/PINK | 1 | 1 | 1 | 3 | 21.00 | 63.00 |
| C809H | | 5 | 6 | 6X  7 | | | |
| C809H | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | 2 | 2 | 2 | 6 | 22.50 | 135.00 |
| | | | | Merchandise | 17 | | 368.50 |
| | | | | Freight | | | 36.81 |

PAID

Due Date  10/20/2010
Total Charges  405.31
Pymts & Adjustments  -405.31

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 830648 | 09/20/2010 | 1 | 35 | 07/25/2010 | 09/30/2010 | 517209 | 0.00 |

File-1 Copy

Page: 1

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

| Invoice | Date |
|---------|------|
| 517394  | 09/24/2010 |

**Bill To:** Redacted
LAKE ST LOUIS  MO  63367

**Ship to:** Redacted
LAKE ST LOUIS  MO  63367

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|------|---------------|-------|-------|------|------|----------|-------|----------|
| MOPDA | RUTH | | CREDIT CARD | PDA | | UPS GROUND | 212405 | |

| Phone | Vendor | | | Lead Tracking Number | | Division | |
|-------|--------|--|--|---------------------|--|----------|--|
| Redacted | | | | 1Z8980470371296490 | | CHILDREN | |

| Style | Description | Total Units | Price | Total Amt. |
|-------|-------------|-------------|-------|------------|
| BL203R-H | 5   6   6X   7 | | | |
| BL203R-H | (CHA) Taffeta bodice and layered skirt CHAMPAGNE 1 | 1 | 23.50 | 23.50 |
| BL204W-T | 2T   3T   4T | | | |
| BL204W-T | (PIN) Three layer satin bubble dress PINK 1 | 1 | 23.75 | 23.75 |
| C561 | 2T   3T   4T | | | |
| C561 | (BUR) TAFFETA VEST AND PANT SET BURGUNDY 1  1  1 | 3 | 18.50 | 55.50 |
| C803I | XS   S   M   L   XL   XXL | | | |
| C803I | (BLK) Stretch Velvet with Flocked Taffeta BLACK 1 | 1 | 20.00 | 20.00 |
| C803T | 2T   3T   4T | | | |
| C803T | (BLK) Stretch Velvet with Flocked Taffeta BLACK 1 | 1 | 21.00 | 21.00 |

PAID

| | |
|---|---|
| Due Date | 09/25/2010 |
| Total Charges | 370.71 |
| Pymts & Adjustments | -370.71 |

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|-------------|-----------|-----------|--------|-------|----------|---------|---------------|
| 830811 | 09/24/2010 | 1 | 15 | 09/23/2010 | 10/31/2010 | 517394 | 0.00 |

File-1 Copy

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA 90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

Page: 2

| Invoice | Date |
|---|---|
| 517394 | 09/24/2010 |

**Bill To:** Redacted
LAKE ST LOUIS  MO  63367

**Ship to:** Redacted
LAKE ST LOUIS  MO  63367

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| MOPDA | RUTH | | CREDIT CARD | PDA | | UPS GROUND | 212405 | |
| Phone | Vendor | | | Lead Tracking Number | | | Division | |
| Redacted | | | | 1Z8980470371296490 | | | CHILDREN | |

| Style | Description | | | | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| C804H | | 4 | 5 | 6 | 7 | | | | | |
| C804H | (RED) Red Poly Silk Dress with Bolero RED | | | | | | | 1 | 21.75 | 21.75 |
| | | | 1 | | | | | | | |
| C804J | | 8 | 10 | 12 | 14 | | | | | |
| C804J | (RED) Red Poly Silk Dress with Bolero RED | | | | | | | 2 | 24.75 | 49.50 |
| | | | 1 | 1 | | | | | | |
| C809H | | 5 | 6 | 6X | 7 | | | | | |
| C809H | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | | | | 3 | 22.50 | 67.50 |
| | | | 1 | 1 | 1 | | | | | |
| C812D | | O/S | | | | | | | | |
| C812D | (OLI) American Doll Dress - Flocked taffeta dress OLIVE | | | | | | | 1 | 9.75 | 9.75 |
| | | | 1 | | | | | | | |
| C812T | | 2T | 3T | 4T | | | | | | |
| C812T | (OLI) Olive Green Taffeta Dress with Burgundy Flocking OLIVE | | | | | | | 3 | 20.75 | 62.25 |
| | | | 1 | 1 | 1 | | | | | |
| | | | | | | | Merchandise | 17 | | 354.50 |
| | | | | | | | Freight | | | 16.21 |

Due Date  09/25/2010
Total Charges  370.71
Pymts & Adjustments  -370.71

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. | |
|---|---|---|---|---|---|---|---|---|
| 830811 | 09/24/2010 | 1 | 15 | 09/23/2010 | 10/31/2010 | 517394 | | 0.00 |

File-1 Copy

Page: 1

LITO CHILDRENS WEAR, INC.
3730 UNION PACIFIC AVENUE
LOS ANGELES CA  90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

| Invoice | Date |
|---|---|
| 517634 | 09/30/2010 |

**Bill To:** Redacted
LEWISBURG  TN  37091

**Ship to:** Redacted
LEWISBURG  TN  37091

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| TNPRA | 20739 | | NET 30 | PDA | | UPS GROUND | 206691 | |

| Phone | Vendor | | | Lead Tracking Number | Division | |
|---|---|---|---|---|---|---|
| Redacted | | | | 1Z8980470371508242 | CHILDREN | |

| Style | Description | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|
| 3732 | 4 | 5 | 6 | 7 | | | |
| 3732 | (DGR) DARK GRAY PIN-STRIPED SUIT DARK GRAY | | | | 1 | 20.50 | 20.50 |
| | | | 1 | | | | |
| 3733 | 8 | 10 | 12 | 14 | | | |
| 3733 | (DGR) DARK GRAY PIN-STRIPED SUIT DARK GRAY | | | | 2 | 24.50 | 49.00 |
| | | 1 | 1 | | | | |
| C809H | 5 | 6 | 6X | 7 | | | |
| C809H | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | 6 | 22.50 | 135.00 |
| | 2 | 2 | | 2 | | | |
| C809J | 8 | 10 | 12 | 14 | | | |
| C809J | (OLI) Burgundy Stretch Velvet with Olive Taffeta Skirt OLIVE | | | | 6 | 25.50 | 153.00 |
| | 2 | 2 | 2 | | | | |
| C860H | 5 | 6 | 6X | 7 | | | |
| C860H | (PIN) Stretch Velvet w/ Flocked Tulle & Glitter Skirt PINK | | | | 6 | 25.00 | 150.00 |
| | 2 | 2 | | 2 | | | |

Due Date  10/30/2010
Total Charges  860.99
Pymts & Adjustments  -860.99

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 831080 | 09/30/2010 | 1 | 57 | 08/15/2010 | 10/15/2010 | 517634 | 0.00 |

File-1 Copy

Page: 2

**LITO CHILDRENS WEAR, INC.**
3730 UNION PACIFIC AVENUE
LOS ANGELES CA  90023
United States
Tel: (323) 260-4692  Fax: (323) 260-4784
DUNS 02-015-3110
www.litoonline.com
info@litoonline.com

| Invoice | Date |
|---|---|
| 517634 | 09/30/2010 |

**Bill To:** Redacted
LEWISBURG TN  37091

**Ship to:** Redacted
LEWISBURG TN  37091

| Acct | Purchase Order | Dept. | Terms | Rep1 | Rep2 | Ship Via | Order | Approval |
|---|---|---|---|---|---|---|---|---|
| TNPRA | 20739 | | NET 30 | PDA | | UPS GROUND | 206691 | |

| Phone | Vendor | | | Lead Tracking Number | Division |
|---|---|---|---|---|---|
| Redacted | | | | 1Z89804703715O8242 | CHILDREN |

| Style | Description | | | | Total Units | Price | Total Amt. |
|---|---|---|---|---|---|---|---|
| C860J | 8   10   12   14 | | | | | | |
| C860J | (PIN) Stretch Velvet w/ Flocked Tulle & Glitter Skirt PINK  2   2   2 | | | | 6 | 28.00 | 168.00 |
| C860T | 2T   3T   4T | | | | | | |
| C860T | (PIN) Stretch Velvet w/ Flocked Tulle & Glitter Skirt PINK  2   2   2 | | | | 6 | 23.00 | 138.00 |
| | | | | Merchandise | 33 | | 813.50 |
| | | | | Freight | | | 47.49 |

*PAID*

| | | | Due Date | 10/30/2010 |
|---|---|---|---|---|
| | | | Total Charges | 860.99 |
| | | | Pymts & Adjustments | -860.99 |

| Pick Ticket | Ship Date | No. Ctns. | Weight | Start | Complete | Invoice | Pay This Amt. |
|---|---|---|---|---|---|---|---|
| 831080 | 09/30/2010 | 1 | 57 | 08/15/2010 | 10/15/2010 | 517634 | 0.00 |

File-1 Copy