# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP.<br><br>Plaintiff,<br><br>vs.<br><br>NA EL, INC.; et al.<br><br>Defendants. | Case No.: 13-cv-1788-ALC<br><br>**NA EL, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>[Declarations of Yafa Saghian and Michael D. Steger] |

**TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant NA EL, INC. hereby moves this Court for an order transferring this action to the United States District Court for the Central District of California. This motion is based on the attached memorandum of law, declarations of Michael D. Steger and Yafa Saghian, and exhibits, as well as all pleadings and documents filed in this action and any evidence or argument offered in connection with this motion.

                                                          Respectfully submitted,

Dated: June 6, 2014         By: /s/ Michael D. Steger
                                        Michael D. Steger (MS2009)
                                        Steger Krane LLP
                                        1601 Broadway, 12th Floor
                                        New York, NY 10019
                                        (212) 736-6800
                                        (845) 689-2155 (fax)
                                        msteger@skattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2014 I served a true and correct copy of the foregoing **NOTICE OF MOTION AND MOTION TO TRANSFER VENUE** electronically by ECF on counsel for all parties:

Michael G. Goldberg
Pryor Cashman LLP
7 Times Square
New York, NY  10036
mgoldberg@pryorcashman.com

Todd McCormick
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY  10281
Todd.mccormick@sedgwicklaw.com

  /s/ Michael D. Steger_____
Michael D. Steger