UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZELOUF INTERNATIONAL CORP.,

          Plaintiff,

-against-

NA EL, INC., LITO CHILDREN'S WEAR, INC., PINK PRINCESS, INC., LIEBMAN'S CHILDREN'S CLOTHING & SCHOOL UNIFORMS, INC., SOPHIA'S STYLE BOUTIQUE, INC., ZULILY, INC. and SO SWEET BOUTIQUE, LLC,

          Defendants.

No. 13-cv-01788 (ALC) (JCF)

**NOTICE OF DISMISSAL**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-14

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zelouf International Corp., by and through its undersigned counsel, hereby affirms that the above-captioned action be and the same is hereby dismissed only as against Defendants Lito Children's Wear, Inc., Pink Princess, Inc., Liebman's Children's Clothing & School Uniforms, Inc., Sophia's Style Boutique, Inc., Zulily, Inc. and So Sweet Boutique, LLC, with prejudice and without costs to any party. The claims against Na El, Inc. remain pending, and are not covered by this Notice of Dismissal.

Dated: New York, New York
       June 19, 2014

PRYOR CASHMAN LLP

By: _____
     Michael Goldberg
7 Times Square
New York, New York 10036
Tel.: (212) 421-4100
Fax: (212) 798-6338

*Attorneys for Plaintiff*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  6-20-14