UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> NA EL, INC., LITO CHILDREN'S WEAR, INC., PINK PRINCESS, INC. LIEBMAN'S CHILDREN'S CLOTHING & SCHOOL UNIFORMS, INC., SOPHIA'S STYLE BOUTIQUE, INC., ZULILY, INC. AND SO SWEET BOUTIQUE, LLC, <br><br> Defendants. | No. 13-cv-01788 (ALC) (JCF) <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT NA EL, INC.'S MOTION TO TRANSFER** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant, Na El, Inc. hereby withdraws its motion to transfer venue to the United States District Court for the Central District of California.

Respectfully submitted,

DATED: July 3, 2014          STEGER KRANE LLP

By: ___/s/ Michael D. Steger_____
Michael D. Steger (MS2009)
1325 Sixth Avenue, 27th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorney for Defendant Na El, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2014, I served a true and correct copy of Defendant Na El, Inc.'s. Notice of Withdrawal on counsel for all parties electronically by ECF.

  /s/ Michael D. Steger
 Michael D. Steger