UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ZELOUF INTERNATIONAL CORP.,              : 13 Civ. 1788 (ALC) (JCF)
                                         :
           Plaintiff,                    :         O R D E R
                                         :
      - against -                        :
                                         :
NA EL, INC., LITO CHILDREN'S WEAR,       :
INC., PINK PRINCESS, INC.,               :
LIEBMAN'S CHILDREN'S CLOTHING AND        :
SCHOOL UNIFORMS, INC., SOPHIA'S          :
STYLE BOUTIQUE, INC., ZULILY, INC,       :
and SO SWEET BOUTIQUE, LLC,              :
                                         :
           Defendants.                   :
- - - - - - - - - - - - - - - - - - - -:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/14

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on July 17, 2014, it is hereby ORDERED as follows:

1. By July 31, 2014, each party shall respond to the outstanding discovery requests.

2. All document discovery shall be completed by September 30, 2014.

                      SO ORDERED.

                      /s/ James C. Francis IV
                      JAMES C. FRANCIS IV
                      UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 18, 2014

1

Copies mailed this date:

Michael G. Goldberg, Esq.
Saritha C. Reddy, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Michael D. Steger, Esq.
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY 10019æ