UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZELOUF INTERNATIONAL CORP.,

                Plaintiff,

    -against-

NA EL, INC.,

                Defendant.
------------------------------------------------------------x

1:13-cv-01788 (ALC) (JCF)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this case on November 4, 2014, at 10:00 a.m. regarding Parties' Joint Status Report dated October 14, 2014 on the Plaid Design and Damask Design claims (ECF No. 86). The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated: October 22, 2014
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**