UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP.<br><br>                  Plaintiff,<br><br>           v.<br><br>NAEL, INC., LITO CHIDREN'S WEAR, INC. and SEARS HOLDINGS CORP.<br><br>                  Defendants. | **ECF CASE**<br><br>**Case No. 13-cv-1788-ALC** |

## NOTICE OF AND ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Scott A. Burroughs, Esq. of Doniger / Burroughs APC hereby appears as counsel of record for Defendant Nael, Inc. in the above-referenced matter.

                                            Respectfully submitted,

Dated: November 5, 2014           By: */s/ Scott A. Burroughs*
                                            Scott A. Burroughs, Esq. (CA SBN 235718)
                                            DONIGER / BURROUGHS APC
                                            603 Rose Avenue
                                            Venice, California 90291
                                            (310) 590-1820
                                            scott@donigerlawfirm.com
                                            Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2014, I served a true and correct copy of the attached Notice of Appearance electronically by ECF on counsel for all parties:

Michael G. Goldberg
Pryor Cashman LLP
7 Times Square
New York, NY  10036
mgoldberg@pryorcashman.com

Julie Bookbinder
Greenberg Traurig LLP
200 Park Avenue
New York, NY  10166
bookbinder@gtlaw.com

Todd McCormick
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY  10281
Todd.mccormick@sedgwicklaw.com

By:     */s/ Scott A. Burroughs*
          Scott A. Burroughs, Esq.