**MEMO ENDORSED**

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| msteger@skattorney.com | (845) 689-2155 (fax) |

www.skattorney.com

1-8-15

<u>Sent Via Electronic Mail</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
U.S. District Court — Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

Re:   *Zelouf International Corp. v. Na El, Inc., et al.*, No. 13 CV 1788 (ALC) (JCF)

Dear Judge Carter:

This firm represents Na El, Inc. ("Na El") in the above-referenced action. We are writing jointly with Michael Goldberg of Pryor Cashman LLP, counsel for Zelouf International Corp. ("Zelouf") in compliance with the Court's order of November 4, 2014 requiring a joint report on the status of this case by January 8, 2015.

The parties have a settlement conference before Magistrate Judge Francis scheduled for Monday, January 12, 2015. We jointly request that the deadline for the parties to submit the next status report to the case be continued until January 26, 2015.

Thank you for your consideration of this request.

Sincerely yours,

/s/ Michael D. Steger

cc: Michael Goldberg, Esq.
Stephanie Kline, Esq.
Scott A. Burroughs, Esq.

Parties' joint request for an extension of time to submit a joint status report in the above-captioned matter is hereby GRANTED. The joint status report previously due January 8, 2015 is now due January 26, 2015.

Andrew L. Carter

So Ordered. 1-8-15