MEMO ENDORSED

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| msteger@skattorney.com | (845) 689-2155 (fax) |

www.skattorney.com

Sent Via Electronic Mail
Honorable Andrew L. Carter, Jr.
United States District Judge
U.S. District Court — Southern District of New York
40 Foley Square
New York, NY 10007

1-26-15

Re:   *Zelouf International Corp. v. Na El, Inc., et al.*, No. 13 CV 1788 (ALC) (JCF)

Dear Judge Carter:

This firm represents Na El, Inc. ("Na El") in the above-referenced action. We are writing jointly with Michael Goldberg of Pryor Cashman LLP, counsel for Zelouf International Corp. ("Zelouf") in compliance with the Court's prior orders and our prior status reports.

At the January 12th settlement conference before Magistrate Judge Francis the parties reached a settlement in principle of this case. Counsel have been working to document the settlement, and we hope to have the settlement finalized by Monday, February 9, 2015. We jointly request that the deadline for the parties to submit the next status report to the case be continued until that date.

Thank you for your consideration of this request.

Sincerely yours,

/s/ Michael D. Steger

cc: Magistrate Judge Francis (via facsimile)
Michael Goldberg, Esq. (via email)
Scott A. Burroughs, Esq. (via email)

Parties application is GRANTED. The Joint Status Report previously due January 26, 2015 is now due February 9, 2015.

So Ordered.

/s/ Andrew L. Carter

1-26-15