

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806              www.pryorcashman.com

**Michael G. Goldberg**

Direct Tel: 212-326-0244
Direct Fax: 212-798-6338
mgoldberg@pryorcashman.com

February 9, 2015

**VIA ECF AND ELECTRONIC MAIL**

Hon. Andrew L. Carter, Jr. U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *Zelouf International Corp. v. Na El, Inc. ("Na El") and Lito Children's Wear, Inc. ("Lito")*; 13 CV 1788 (ALC)(JCF)

Dear Judge Carter:

As Your Honor is aware, this firm represents Plaintiff Zelouf International Corp. ("Zelouf") in connection with the above matter. The Court previously granted the request by counsel for Defendant Na El, to extend the deadline for the the parties to provide a status report through and including February 9, 2015, while the parties worked to settle this matter. We write with the consent of Na El to request an additional, and final, extension of time through February 25, 2015 to provide the Court with a status update and confirm whether a settlement has been reached.

An impediment to the current settlement negotiations involved the potential for an indemnification claim against Na El by Lito (with whom Zelouf had previously settled). After further negotiations, we believe that Lito will now be a party to the Zelouf/Na El settlement agreement currently being negotiated. This development would enable Zelouf and Na El to settle their claims, and may also avoid further litigation between Na El and Lito. The parties now require some time to incorporate settlement terms involving Lito.

**PRYOR CASHMAN LLP**

Hon. Andrew L. Carter, Jr. U.S.D.J.
February 9, 2015
Page 2

    Accordingly, the parties respectfully request a final extension to provide the Court with a status report through and including February 25, 2015. Thank you in advance for Your consideration of this request.

Respectfully submitted,

Michael G. Goldberg

cc:    Magistrate Judge James C. Francis *(via facsimile)*
       Scott Burroughs, Esq. *(via electronic mail)*
       Todd McCormick, Esq. *(via electronic mail)*