UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ZELOUF INTERNATIONAL CORP.,

                        **Plaintiff,**

       -against-

NA EL, INC.,

                        **Defendant.**
-----------------------------------------------------------------x

1:13-cv-01788 (ALC) (JCF)

**ORDER OF DISCONTINUANCE**

2-26-15

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been settled (ECF No. 96), it is hereby

    ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  February 26, 2015
          New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**